**FRONTIER AIRLINES, INC.,**
**Petitioner,**

v.

**The INDUSTRIAL COMMISSION of the State of Colorado (Ex-Officio Unemployment Compensation Commission of Colorado), Vickie R. Medley, Amy B. Wiggin, and Patrick J. Hood, Respondents.**

**No. 86SC418.**

Supreme Court of Colorado.

July 10, 1987.

---

**1186**

### ORDER OF COURT

Upon consideration of the Motion for Dismissal of Appeal filed by counsel for Petitioner herein and no Response being filed, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that said Motion to Dismiss shall be, and the same hereby is, GRANTED AND THIS CASE DISMISSED.